UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NARATE JUDIE KEYS,  Civil No. 09-CV-1130 (PJS/AJB)

    Plaintiff,

v.  ORDER OF DISMISSAL

RECEIVABLES MANAGEMENT GROUP, INC.
and JOHN DOE,

    Defendants.

---

Based upon the Voluntary Dismissal With Prejudice filed by the parties on May 20, 2009 [Civil Docket No. 2],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 20, 2009         s/Patrick J. Schiltz
                                                           Patrick J. Schiltz
                                                           United States District Judge